UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, et al., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-cv-1336 (TSC) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

1. **DEADLINES:**

   It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

   | | |
   |---|---|
   | Deadline to Exchange Initial Disclosures | December 4, 2019 |
   | Deadline to Amend the Pleadings | November 18, 2019 |
   | Deadline to Join Additional Parties | November 18, 2019 |
   | Deadline to serve interrogatories, requests for production and request for admissions | January 17, 2020 |
   | End of Discovery | May 5, 2020 |
   | Plaintiffs' Motion for Summary Judgement due | May 26, 2020 |
   | Defendants' Opposition and Cross Motion due | June 26, 2020 |
   | Plaintiff's Reply and Cross Opposition due | July 10, 2020 |
   | Defendant's Cross Reply due | July 24, 2020 |

2. **DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or order of the court to the contrary, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories per side.

3. **DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

4. **REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."


Date:  November 7, 2019


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge