UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 18-1336 (TSC) |

**JOINT MOTION FOR PROTECTIVE ORDER**

Defendants, the United States of America, and others, and Plaintiffs, Daniel A. Umbert, and others, jointly ask the Court for a protective order in this case to permit the parties to designate certain information as confidential in discovery, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.   Plaintiffs in this action allege that Defendants violated the National Firearms Act, the Gun Control Act and the Second Amendment of the U.S. Constitution in their handling of several background checks required under the Act.   Certain records and information (including electronically stored information) that may be relevant to those claims are protected by the Privacy Act of 1974, 5 U.S.C. § 552a, or otherwise may be deserving of protection from public disclosure.   The proposed protective order will permit the parties to have access to and use such material for purposes of this litigation without undermining legitimate privacy concerns.

A proposed order is attached.

1

| | |
|---|---|
| Dated: December 23, 2019 | Respectfully submitted, |
| /s/ *Stephen D. StambouliEh* | JESSIE K. LIU, D.C. Bar #472845 |
| Stephen D. Stambouliéh | United States Attorney for the District of Columbia |
| Stambouliéh Law, PLLC | |
| P.O. Box 4008 | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Madison, MS 39130 | Assistant United States Attorney |
| (601) 852-3440 | |
| stephen@sdslaw.us | /s/ *Alan Burch* |
| MS Bar No. 102784 | ALAN BURCH, D.C. Bar #470655 |
| DC District Court Bar #MS0009 | Assistant United States Attorney |
| | United States Attorney's Office, Civil Division |
| /s/ *Alan Alexander Beck* | 555 Fourth St., NW |
| Alan Alexander Beck | Washington, DC 20530 |
| Law Office of Alan A. Beck | (202) 252-2550, alan.burch@usdoj.gov |
| 2692 Harcourt Drive | |
| San Diego, CA 92103 | *Counsel for Defendants* |
| (619) 905-9105 | |
| Hawaii Bar No. 9145 | |
| DC District Court #HI001 | |
| alan.alexander.beck@gmail.com | |
| | |
| *Counsel for Plaintiffs* | |


Dated: December 23, 2019

 /s/ *Stephen D. Stambouliéh*
Stephen D. Stambouliéh
Stambouliéh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
DC District Court Bar #MS0009

 /s/ *Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001
alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendants*