# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL UMBERT, et al.            )<br>                                              )<br>    Plaintiffs,                        )<br>                                              )<br>v.                                           )<br>                                              )<br>USA, et al.                              )<br>                                              )<br>                                              )<br>    Defendants.                      )<br>_____) | Civil Action No. 18-cv-1336 (TSC)<br><br>PLAINTIFF KEVIN BORQUEZ'<br>STIPULATION OF DISMISSAL<br><br>TRIAL: None Set |

## PLAINTIFF KEVIN BORQUEZ' STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kevin Borquez and all Defendants, stipulate and agree to dismiss Kevin Borquez as a plaintiff in this matter with prejudice, with each party to bear their own costs. The remaining plaintiffs retain their claims against the defendants.

Dated: March 13, 2020                                                      Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh                           TIMOTHY J. SHEA, D.C. Bar #437437
Stamboulieh Law, PLLC                          United States Attorney for the District of
P.O. Box 4008                                              Columbia
Madison, MS  39130
(601) 852-3440                                             DANIEL F. VAN HORN, D.C. Bar #924092
stephen@sdslaw.us                                   Assistant United States Attorney
MS Bar No. 102784
DC District Court Bar # MS0009           /s/ *Alan Burch*
                                                                     ALAN BURCH, D.C. Bar #470655
Alan Alexander Beck                                 Assistant United States Attorney
Law Office of Alan Beck                            United States Attorney's Office, Civil Division
2692 Harcourt Drive                                  555 Fourth St., NW
San Diego, CA  92123                               Washington, DC 20530
(619) 905-9105                                           (202) 252-2550
Hawaii Bar No. 9145                                 alan.burch@usdoj.gov
DS District Court Bar # HI001
Alan.alexander.beck@gmail.com           *Counsel for Defendants*

*Counsel for Plaintiffs*