## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL UMBERT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 18-cv-1336 (TSC) |
| v. | ) | |
| | ) | |
| USA, et al. | ) | **JOINT MOTION TO STAY CASE** |
| | ) | |
| | ) | |
| Defendants. | ) | TRIAL: None Set |
| _____ | ) | |

## JOINT MOTION TO STAY CASE

**COME NOW**, the Plaintiffs and Defendants, and request this Court to enter an Order staying this matter until at least July 1, 2020, or until such time that the national emergency due to the coronavirus has subsided, and for cause, would show unto the Court the following:

1) The Plaintiffs had anticipated deposing certain agency employees and a 30(b)(6) representative before the discovery deadline.

2) Due to the national emergency declared by the President, and various state level travel restrictions, the parties have been unable to schedule these depositions until at least June 2020, which is beyond the Scheduling Order's discovery deadline.

3) As such, the parties will not be in a position to comply with the Court's Scheduling Order through no fault of either party, but instead due to the national emergency and related travel restrictions.

4) "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co*., 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936).

5)   The parties have worked diligently in producing information relevant to the issues in this matter, but need further discovery that is hampered by the national emergency, and therefore, the parties jointly request that this matter is stayed until at least July 1, 2020, or until such time that the national emergency and travel restrictions are lifted so as to allow the parties to conduct the remaining necessary discovery.

6)   The parties also request that should the situation regarding the national emergency change, that they be allowed to request this Court to lift the stay upon either parties' motion.

7)   If this matter is stayed, upon the lift of the stay at the appropriate time, the parties will work together in preparing a proposed scheduling order for the case.

8)   Given the straightforward nature of this request, the parties request that they be relieved of the required Statement of Points and Authorities pursuant to LCVR 7(a).

9)   This motion is not made for purposes of delay or harassment, but so that justice may be done.

10) A proposed order granting said relief is attached hereto.


Dated: March 25th, 2020                    Respectfully submitted,

                                           */s/ Stephen D. Stamboulieh*
                                           Stephen D. Stamboulieh
                                           Stamboulieh Law, PLLC
                                           P.O. Box 4008
                                           Madison, MS  39130
                                           (601) 852-3440
                                           stephen@sdslaw.us
                                           MS Bar No. 102784
                                           DC District Court Bar # MS0009

                                           Alan Alexander Beck
                                           Law Office of Alan Beck
                                           2692 Harcourt Drive
                                           San Diego, CA  92123
                                           (619) 905-9105

Hawaii Bar No. 9145
DS District Court Bar # HI001
Alan.alexander.beck@gmail.com
*Counsel for Plaintiffs*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550
alan.burch@usdoj.gov

*Counsel for Defendants*