UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 18-1336 (TSC) |

## JOINT STATUS REPORT

Defendants, the United States of America, and others, and Plaintiffs, Daniel A. Umbert, and others, jointly provide this report on the status of the case and a proposed order, pursuant to the Court's Minute Order of March 25, 2020. The parties have not engaged in discovery since their Joint Motion to Stay Case (ECF No. 36). As explained therein, the COVID-19 pandemic has prevented the parties from scheduling depositions and it does not appear that the situation is likely to change appreciably the coming weeks. Accordingly, the parties ask the Court to continue the present stay for another 90 days. A proposed order is attached.

Dated: June 29, 2020

 /s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
DC District Court Bar #MS0009

 /s/ *Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan A. Beck

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

2692 Harcourt Drive
San Diego, CA 92103                         *Counsel for Defendants*
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001
alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL A. UMBERT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1336 (TSC)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER EXTENDING STAY</u>**

Upon consideration of the parties Joint Status Report dated July 2, 2020, the Court hereby extends the stay in this case for another 90 days.  Should the situation regarding the national emergency due to the coronavirus change before October 1, 2020, the parties may file a joint motion to reactive this case, along with a proposed order.  In the absence of such a motion, the parties shall file a joint status report and proposed order for moving forward with this case by October 2, 2020.

So ordered this _____ day of July, 2020.


_____
TANYA S. CHUTKAN
United States District Judge