UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 18-1336 (TSC) |
| UNITED STATE OF AMERICA, *et al.*, | |
| *Defendants*. | |

## JOINT STATUS REPORT

Defendants, the United States of America, and others, and Plaintiffs, Daniel A. Umbert, and others, jointly provide this report on the status of the case and a proposed order, pursuant to the Court's Minute Order of July 6, 2020.   The parties have not engaged in discovery since their Joint Motion to Stay Case (ECF No. 36).   As explained therein, the COVID-19 pandemic has prevented the parties from scheduling depositions and it does not appear that the situation is likely to change appreciably in the coming weeks.   In addition, counsel for the government recently changed, *see* ECF No. 38 (Notice of Substitution of Counsel), and operations at the offices of Defendant the Federal Bureau of Investigation continue to be at reduced capacity due to the ongoing pandemic.   Accordingly, the parties ask the Court to continue the present stay for another 110 days.   A proposed order is attached.

Dated: October 2, 2020

Respectfully submitted,

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
DC District Court Bar #MS0009

/s/ *Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001
alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ *Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
Assistant United States Attorney
D.C. Bar No. 1014003
555 Fourth St., N.W., Washington, D.C. 20530
Tel: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*