IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL UMBERT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 18-cv-1336 (TSC) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Umbert and all Defendants, stipulate and agree to dismiss Daniel Umbert as a plaintiff in this matter, with each party to bear their own fees and costs. The remaining plaintiffs retain their claims against the defendants.

Dated: November 20, 2020                              Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh                         MICHAEL R. SHERWIN
Stamboulieh Law, PLLC                          Acting United States Attorney
P.O. Box 428
Olive Branch, MS  38654                        DANIEL F. VAN HORN, D.C. Bar #924092
(601) 852-3440                                 Chief, Civil Division
stephen@sdslaw.us
MS Bar No. 102784                              */s/ Katherine B. Palmer-Ball*
DC District Court Bar # MS0009                 Katherine B. Palmer-Ball, D.C. Bar #1014003
                                               Assistant United States Attorney
Alan Alexander Beck                            555 Fourth St., NW
Law Office of Alan Beck                        Washington, DC 20530
2692 Harcourt Drive                            Phone: (202) 252-2537
San Diego, CA  92123                           Fax: (202) 252-2599
(619) 905-9105                                 katherine.palmer-ball@usdoj.gov
Hawaii Bar No. 9145
DS District Court Bar # HI001                  *Counsel for Defendants*
Alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*