UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

## JOINT STATUS REPORT

The parties jointly provide this report on the status of the case, pursuant to the Court's Minute Order of October 5, 2020. The parties have not engaged in discovery since their Joint Motion to Stay Case (ECF No. 36). As explained therein, the COVID-19 pandemic has prevented the parties from scheduling depositions and it does not appear that the situation is likely to change appreciably in the coming weeks. In addition, operations at the offices of Defendant the Federal Bureau of Investigation ("FBI") continue to be at reduced capacity as a result of: the ongoing pandemic; disruptions at the United States Capitol on January 6, 2021; security activities in the preparation for, and performance of, the Inauguration on January 20, 2021; and transportation disruptions significantly restricting access to FBI headquarters. Accordingly, the parties ask the Court to continue the present stay at this time, and propose filing a further joint status report with the Court on or before April 20, 2021.

Dated: January 19, 2021

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
DC District Court Bar #MS0009

Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001
alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
Assistant United States Attorney
D.C. Bar No. 1014003
555 Fourth St., N.W., Washington, D.C. 20530
Tel: (202) 252-2537
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*