UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>UNITED STATE OF AMERICA, *et al.*,<br><br>      *Defendants*. | Civil Action No. 18-1336 (TSC) |

## JOINT STATUS REPORT

The parties jointly provide this report on the status of the case, pursuant to the Court's Minute Order of January 22, 2021. The parties are currently discussing the status of the claims asserted by the three remaining plaintiffs in this action, and respectfully request a limited amount of additional time to continue those discussions before proposing a schedule for further proceedings. Accordingly, the parties ask the Court to continue the present stay at this time, and propose filing a further joint status report with the Court on or before May 20, 2021.

Dated: April 20, 2021                                          Respectfully submitted,

*/s/ Stephen D. Stamboulieh*                            CHANNING D. PHILLIPS
Stephen D. Stamboulieh                                  D.C. Bar No. 415793
Stamboulieh Law, PLLC                                  Acting United States Attorney
P.O. Box 428, Olive Branch, MS 38654
(601) 852-3440                                                  BRIAN P. HUDAK
MS Bar No. 102784                                          Acting Chief, Civil Division
DC District Court Bar #MS0009

                                                                        */s/ Katherine B. Palmer-Ball*
Alan Alexander Beck                                        KATHERINE B. PALMER-BALL
Law Office of Alan A. Beck                              Assistant United States Attorney
2692 Harcourt Drive, San Diego, CA 92103    D.C. Bar No. 1014003
(619) 905-9105                                                  555 Fourth St., N.W., Washington, D.C. 20530
Hawaii Bar No. 9145                                         Tel: (202) 252-2537
DC District Court #HI001

                                                                        *Counsel for Defendants*
*Counsel for Plaintiffs*