UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

**JOINT STATUS REPORT**

The parties jointly provide this report on the status of the case, pursuant to the Court's Minute Order of April 21, 2021. The parties are currently discussing the status of the claims asserted by the three remaining plaintiffs in this action, and respectfully request a limited amount of additional time to continue those discussions before proposing a schedule for further proceedings. Accordingly, the parties ask the Court to continue the present stay at this time, and pursuant to the April 21, 2021 Minute Order will a further joint status report with the Court on or before June 21, 2021.

\* \* \*

Dated: May 20, 2021

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428, Olive Branch, MS 38654
(601) 852-3440
MS Bar No. 102784
DC District Court Bar #MS0009

Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive, San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001

*Counsel for Plaintiffs*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
Assistant United States Attorney
D.C. Bar No. 1014003
555 Fourth St., N.W., Washington, D.C. 20530
Tel: (202) 252-2537

*Counsel for Defendants*