UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

## JOINT STATUS REPORT

The parties jointly provide this report on the status of the case, pursuant to the Court's Minute Order of April 21, 2021. The parties have conferred and propose the schedule for further proceedings reflected in the attached proposed order, setting a schedule for cross-motions for summary judgment in this matter. Accordingly, the parties request that the Court lift the present stay at this time, and enter the summary judgment briefing schedule reflected in the attached proposed order.

\*   \*   \*

| | |
|---|---|
| Dated: June 21, 2021 | Respectfully submitted, |
| */s/ Stephen D. Stamboulieh* | CHANNING D. PHILLIPS |
| Stephen D. Stamboulieh | D.C. Bar No. 415793 |
| Stamboulieh Law, PLLC | Acting United States Attorney |
| P.O. Box 428, Olive Branch, MS 38654 | |
| (601) 852-3440 | BRIAN P. HUDAK |
| MS Bar No. 102784 | Acting Chief, Civil Division |
| DC District Court Bar #MS0009 | |
| | */s/ Katherine B. Palmer-Ball* |
| Alan Alexander Beck | KATHERINE B. PALMER-BALL |
| Law Office of Alan A. Beck | Assistant United States Attorney |
| 2692 Harcourt Drive, San Diego, CA 92103 | D.C. Bar No. 1014003 |
| (619) 905-9105 | 555 Fourth St., N.W., Washington, D.C. 20530 |
| Hawaii Bar No. 9145 | Tel: (202) 252-2537 |
| DC District Court #HI001 | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |