UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' status report, it is hereby:

**ORDERED** that following schedule shall govern these proceedings:

- **August 20, 2021**:   Plaintiffs' motion for summary judgment due;

- **October 4, 2021**:   Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment due;

- **November 3, 2021**:   Plaintiffs' reply brief and opposition to Defendants' cross-motion for summary judgment due; and

- **November 24, 2021**:   Defendants' reply brief due.

It is **SO ORDERED** this _____ day of _____, 2021.


_____
United States District Court Judge