UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

## JOINT STATUS REPORT

The parties jointly provide this report on the status of the case, pursuant to the Court's Minute Order of April 21, 2021.

1. On June 21, 2021, the parties filed a Joint Status Report [Docket No. 44] that included a proposed briefing schedule for cross-motions for summary judgment in this matter. The Court has not yet entered the briefing schedule proposed in the parties' report.

2. Since that time, the AUSA who was assigned to this matter has left the U.S. Attorney's Office and a different AUSA has been assigned to the case. New counsel will need time to familiarize herself with the matter and confer with defendants.

3. The parties' counsel have conferred and agree that the schedule previously proposed is no longer feasible. Accordingly, the parties hereby request that the Court enter the revised proposed briefing schedule reflected in the attached proposed Order.

\*     \*     \*

Dated: August 4, 2021

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
MS Bar No. 102784
DC District Court Bar #MS0009

Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001

*Counsel for Plaintiffs*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

BY: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
April.Seabrook@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL A. UMBERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATE OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1336 (TSC) |

### [PROPOSED] ORDER

Upon consideration of the parties' status report, it is hereby:

**ORDERED** that following schedule shall govern these proceedings:

- **October 20, 2021**:  Plaintiffs' motion for summary judgment due;

- **December 5, 2021**:  Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment due;

- **January 5, 2022**:  Plaintiffs' reply brief and opposition to Defendants' cross-motion for summary judgment due; and

- **February 9, 2022**:  Defendants' reply brief due.

It is **SO ORDERED** this _____ day of _____, 2021.

_____
United States District Court Judge