UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL A. UMBERT, *et al.*,

    *Plaintiffs*,

    v.

UNITED STATE OF AMERICA, *et al.*,

    *Defendants*.

Civil Action No. 18-1336 (TSC)

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

The Plaintiffs file this, their Notice of Supplemental Authority, and would show unto the Court the following:

On June 23, 2022, the United States Supreme Court handed down its opinion in *N.Y. State Rifle Pistol Ass'n v. Bruen*, 597 U.S. ___ (2022), 2022 U.S. LEXIS 3055 (June 23, 2022) ("*NYSRPA*").

The Supreme Court held that "[i]n keeping with *Heller*, we hold that when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct. To justify its regulation, the government may not simply posit that the regulation promotes an important interest. Rather, the government must demonstrate that the regulation is consistent with this Nation's historical tradition of firearm regulation. Only if a firearm regulation is consistent with this Nation's historical tradition may a court conclude that the individual's conduct falls outside the Second Amendment's unqualified command." *Id.* at *20-21 (punctuation and citation omitted).   Then, the Court abandoned the familiar two-step test the various circuits adopted: "Despite the popularity of this two-step approach, it is one step too many. Step one of the

predominant framework is broadly consistent with *Heller*, which demands a test rooted in the Second Amendment's text, as informed by history." *Id*. at *22-23.

 *Bruen* supports Plaintiffs' argument in their Motion for Summary Judgment (pages 17-24) and in their Opposition (pages 8-10) that suppressors are protected by the Second Amendment.

Dated: June 24, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen D. Stamboulieh* | Alan Alexander Beck |
| Stephen D. Stamboulieh | Law Office of Alan A. Beck |
| Stamboulieh Law, PLLC | 2692 Harcourt Drive |
| P.O. Box 428 | San Diego, CA 92103 |
| Olive Branch, MS 38654 | (619) 905-9105 |
| (601) 852-3440 | Hawaii Bar No. 9145 |
| MS Bar No. 102784 | DC District Court #HI001 |
| DC District Court Bar #MS0009 | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I, Stephen D. Stamboulieh, attorney for the Plaintiffs, do certify that I have this day filed the foregoing document or pleading via this Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.

      This the 24th day of June, 2022.

                                                /s/  *Stephen D. Stamboulieh*
                                            STEPHEN D. STAMBOULIEH