UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL A. UMBERT, *et al.*,

    *Plaintiffs*,

    v.

UNITED STATE OF AMERICA, *et al.*,

    *Defendants*.

Civil Action No. 18-1336 (TSC)

## JOINT STATUS REPORT

    Pursuant to this Court's February 17, 2023 Minute Order, directing the parties to submit a joint status report, please accept this as the Parties' Joint Status Report. The Parties would like to advise the Court that they are working towards an amicable resolution of this matter, and respectfully request an additional 60 (sixty) days to continue working towards that resolution. If the Parties fail to reach a resolution during that timeframe, they will jointly file the status report responding to this Court's questions.

    The Parties suggest this course of action in an effort to resolve the matter without further necessitating the Court's involvement and to conserve judicial resources.

Dated: March 13, 2023.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
MS Bar No. 102784
DC District Court Bar #MS0009

Alan Alexander Beck
Law Office of Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92103
(619) 905-9105
Hawaii Bar No. 9145
DC District Court #HI001

*Counsel for Plaintiffs*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
  KENNETH ADEBONOJO
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202)252-2562

*Attorneys for the United States of America*